UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

SHAUN FANUCCHI,

      Plaintiff,

    v.

ROSEVILLE POLICE OFFICER GARRETT (BADGE No. 351); CITY OF ROSEVILLE, CALIFORNIA; UNKNOWN LAW ENFORCEMENT OFFICERS,

      Defendants.

NO. 2:07-cv-0608 FCD GGH

<u>ORDER TO SHOW CAUSE</u>

----oo0oo----

    Plaintiff filed this action on April 2, 2007. On April 30, 2007 defendants filed an answer to the complaint. Pursuant to the Order Requiring a Joint Status Report filed April 2, 2007 the parties are to file a joint status report within sixty (60) days of service of the complaint on all

1

parties, or from the date of removal. On July 31, 2007 the court received an Individual Status Report from defendants counsel, Mr. Ronald J. Scholar.

Pursuant to the representations of defendants' counsel in the status report the court makes the following orders:

1. Plaintiff's counsel is ordered to show cause why he should not be sanctioned in the amount of $150.00 for failure to submit a joint status report in accordance with the Court's order filed April 2, 2007.

2. Plaintiff's counsel shall file a response to the order to show cause on or before September 7, 2007.

3. A hearing on this order to show cause is set for Friday, September 21, 2007 at 10:00 a.m.

IT IS SO ORDERED.

DATED: August 10, 2007.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE