UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

SHAUN FANUCCHI,

    Plaintiff,        NO. 2:07-cv-0608 FCD GGH

<u>ORDER FOR SANCTIONS</u>

<u>ORDER TO SHOW CAUSE</u>

    v.

ROSEVILLE POLICE OFFICER GARRETT (BADGE No. 351); CITY OF ROSEVILLE, CALIFORNIA; UNKNOWN LAW ENFORCEMENT OFFICERS,

    Defendants.

----oo0oo----

On August 10, 2007 the Court issued an Order to Show Cause as to plaintiff's counsel, Mr. Kevin G. Little, for failure to submit a joint status report in accordance with the Court's order filed April 2, 2007. Mr. Little was ordered to file a response to no later than September 7, 2007 with a hearing set for September 21, 2007.

1

As of September 19, 2007 no such response has been received nor has a joint status report been filed.  Accordingly, the court makes the following orders:

1.  Mr. Little shall pay sanctions in the amount of **$150.00**. Payment should be in the form of a check made payable to the Clerk of the Court.  The sum is to be paid personally by plaintiff's counsel **not later than ten (10) days** from the filing of this Order for Sanctions.

2.   This sanction is personal to the attorney, is to be borne by him personally, and is not to be transmitted to the client by way of a charge of attorney's fees and/or costs.

3.   Counsel shall read the Civil Rules of the Local Rules of the United States District Court for the Eastern District of California in their entirety **within thirty (30) days** of the filing of this Order for Sanctions.

4.   **Not later than thirty (30) days from the filing of this Order, plaintiff's counsel shall file a declaration attesting to her compliance with the terms of this Order.**

5.   The Order to Show Cause Hearing set for September 21, 2007 is VACATED.

///

///

2

The court finds plaintiff counsel's continuing failure to comply with the court's orders very serious violations and hereby makes the following orders:

1.  Plaintiff's counsel is ordered to show cause why plaintiff's case should not be dismissed for failure to prosecute.

2.   Plaintiff's counsel shall file a response to the order to show cause on or before October 1, 2007.

3.   A hearing on this order to show cause is set for Friday, October 12, 2007 at 10:00 a.m.

DATED: September 19, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE