UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

SHAUN FANUCCHI,

      Plaintiff,       NO. 2:07-cv-0608 FCD GGH

    v.                    ORDER

ROSEVILLE POLICE OFFICER
GARRETT (BADGE No. 351); CITY
OF ROSEVILLE, CALIFORNIA;
UNKNOWN LAW ENFORCEMENT
OFFICERS,

      Defendants.

----oo0oo----

On September 19, 2007, the Court issued an Order for Sanctions as to plaintiff's counsel, Mr. Kevin G. Little, which ordered counsel to pay sanctions in the amount of $150.00 for failure to submit a joint status report in accordance with the Court's Order, filed April 2, 2007.  Mr. Little was ordered to pay the sanctions within ten (10) days of the Order.

1

1      Concurrently with the Sanction Order, the court issued
2 another Order to Show Cause as to why the action should not be
3 dismissed for failure to litigate, which required a response by
4 October 3, 2007.
5      A review of the docket shows that Mr. Little paid the
6 sanctions on October 3, 2007, and filed his response to the Order
7 to Show Cause as ordered.  After review of his response, the
8 court makes the following orders:
9      1.   The Order to Show Cause hearing set for
10          October 12, 2007 is VACATED, and the Order to Show
11          Cause is DISCHARGED.
12     2.   The parties shall submit a JOINT status report in
13          compliance with the Court's Order, filed April 2, 2007,
14          no later than October 26, 2007.
15 DATED: October 5, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE